JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DONAGHEY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MOORPARK BELLINGHAM HOMEOWNERS ASSOCIATION, INC.; WESTCOM PROPERTY SERVICES, INC.; VALERIE NIXON; IRENE SPITKOVSKY; SERGEY BERKOVITCH<br><br>　　　Defendant. | Case No. 2:22-cv-08524-MAA<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

**ORDER**

Based on the Parties' stipulation the case is dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: __June 10, 2024__　　　　　　　　　　　　　　_/ s / Maria A. Audero_
　　　　　　　　　　　　　　　　　　　　　　　　HON. MARIA A. AUDERO
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE